NATIONAL FIRE INSURANCE COMPANY OF HARTFORD, Respondent, *v.* MICHAEL D. MURRAY, Appellant.

*National Fire Ins. Co. of Hartford* v. *Murray,* 114 App. Div. 908, affirmed.
(Argued May 10, 1907; decided June 4, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered June 20, 1906, affirming a judgment in favor of plaintiff entered upon the report of a referee in an action upon a bond to recover the amount of a shortage in an insurance agent's accounts.

*Andrew J. Nellis* for appellant.

*Fred Linus Carroll* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: GRAY, O'BRIEN, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ. Absent: CULLEN, Ch. J.